UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: Shawn Thompson                  Case Number: 17-23640-EPK
      Marcen Morris                      Chapter 13

    Debtor(s)           /

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the DEBTORS' THIRD AMENDED CHAPTER 13 PLAN was furnished to ECF to Robin R. Weiner, Trustee and sent by regular mail to the parties listed below by the method indicated on May 11, 2018.

                                                 LAW OFFICES OF CONWADE D. LEWIS, P.A.
                                                 3500 North State Road 7
                                                 Suite # 440
                                                 Lauderdale Lakes, FL 33319
                                                 (954)714-1011 tel
                                                 (954)714-1041 fax
                                                 vwlewis@aol.com

                                                 /s/ Conwade D. Lewis
                                                 Conwade D. Lewis, Esquire
                                                 Florida Bar No.: 0968455

## SERVICE LIST

## VIA ECF

Robin Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

<u>VIA US MAIL</u>

Innovate Loan Servicing Corp
Attn: Scott France, VP
4704 Mercantile Dr
Fort Worth, TX 76137

Innovate Loan Service
2201 Dottie Lynn Parkway
Fort Worth, TX 76120

Aarons Sales & Lease
Attn: Bankruptcy
309 E Paces Ferry Rd Ne
Atlanta, GA 30305

American Honda Finance
Legal/Bankruptcy Dept
Po Box 168088
Irving, TX 75016

Badcock Economy Furn
3051 N. Powerline Rd
Pompano Beach, FL 33069

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital Recovery Corp
PO Box 1008
Alpharetta, GA 30009

Convergent Outsourcing, Inc
Po Box 9004
Renton, WA 98057

Credit Collections Services
Attention: Bankruptcy
725 Canton Street
Norwood, MA 02062

Credit Management, LP
The Offices of Credit Management, LP
Po Box 118288
Carrolton, TX 75011

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

Dept Of Ed/582/nelnet
Attn: Claims/Bankruptcy
Po Box 82505
Lincoln, NE 68501

Dept Of Ed/Navient
Attn: Claims Dept
P.O. Box 9635
Wilkes Barr, PA 18773

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Rd
Jacksonville, FL 32256

FedLoan Servicing
Attention: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

Florida Child Support State Disbursement
PO Box 8500
Tallahassee, FL 32314

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Hunter Warfield
Attention: Bankruptcy
4620 Woodland Corporate Blvd
Tampa, FL 33614

Marcus R Slaymon
PO Box 190304
Lauderhill, FL 33313

Mercedes Benz Financia
36455 Corporate Dr
Farmington Hills, MI 48331

Mercedes-benz Financ
36455 Corporate Dr
Farmington Hills, MI 48331

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barr, PA 18873

Navient Solutions LLC
Dept of Education
PO Box 9635
Wilkes-Barre, PA 18773-9635

Navient PC Trust
c/o Navient Solutions LLC
PO Box 9640
Wilkes-Barre, PA 18773-9640

Nelnet
Nelnet Claims/Bankruptcy
Po Box 82505
Lincoln, NE 68501

Portfolio Recovery Associates LLC
PO Box 12914
Norfolk, VA 23541

Publix Employees Cr
3005 New Tampa Hwy
Lakeland, FL 33815

Publix Employees Fed C
3005 New Tampa Hwy
Lakeland, FL 33815

Premier Bankcard
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Robin Miller Klein
c/o Jason Scott Rudolph PA
Hollywood Gardens Executive Plaza
2535 N 49 Ave
Hollywood, FL 33021

Space Coast Credit Uni
8045 N Wickham Rd
Melbourne, FL 32940

Subrogation Division Inc
136 South Main St
Spanish Fork, UT 84660-2033

Syncb/Lord & Taylor
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Tfp International In
20803 Biscayne Blvd Suite 305
Aventura, FL 33180

Trident Asset Management
Attn: Bankruptcy
Po Box 888424
Atlanta, GA 30356

Us Dept Ed
Ecmc/Bankruptcy
Po Box 16408
St Paul, MN 55116

US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116

William Hubbard

Shawn Thompson
Marcen Morris
21362 Summertrace Cir
Boca Raton, FL 33428