```
                              United States Bankruptcy Court
                              Southern District of Florida
In re:                                                                    Case No. 17-23640-EPK
Shawn Thompson                                                            Chapter 13
Marcen Morris
        Debtors                          CERTIFICATE OF NOTICE
District/off: 113C-9         User: youngt                  Page 1 of 2                  Date Rcvd: May 25, 2018
                             Form ID: CGFD26               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db/jdb         +Shawn Thompson,    Marcen Morris,    21362 Summertrace Cir,    Boca Raton, FL 33428-1178
smg             Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL 32314-6668
94296194      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aarons Sales & Lease,    Attn: Bankruptcy,    309 E Paces Ferry Rd Ne,
                 Atlanta, GA 30305)
94296197       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
94296199       +Capital Recovery Corp,    PO Box 1008,    Alpharetta, GA 30009-1008
94296200       +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
94296204       +Credit Management, LP,    The Offices of Credit Management, LP,    Po Box 118288,
                 Carrolton, TX 75011-8288
94296213       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
94296218       +Florida Child Support State Disbursement,    PO Box 8500,    Tallahassee, FL 32314-8500
94296217       +Florida Child Support State Disbursement,    PO Boxc 8500,    Tallahassee, FL 32314-8500
94296219        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
94296221       +Innovate Loan Servic,    2201 Dottie Lynn Parkway,    Fort Worth, TX 76120-4435
94495273       +Innovate Loan Servicing Corp,    4704 Mercantile Dr,    Fort Worth, TX 76137-3605
94296222       +Marcus R Slaymon,    PO Box 190304,    Lauderhill, FL 33319-0304
94381258       +Rita Fowler,    15271 NW 150th Avenue #3037,    Alachua, FL 32615-5534
94296233        Robin Miller Klein,    c/o Jason Scott Rudolph PA,    Hollywood Gardens Executive Plaza,
                 2535 N 49 Ave,    Hollywood, FL 33021
94389959        State of Florida - Department of Revenue,    Post Office Box 6668,    Tallahassee, FL 32314-6668
94296236       +Subrogation Division Inc,    136 South Main St,    Spanish Fork, UT 84660-2001
94296239       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
94398652        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
94296243       +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
94296240       +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
94296195        E-mail/Text: ebnbankruptcy@ahm.honda.com May 26 2018 00:59:17      American Honda Finance,
                 Legal/Bankruptcy Dept,    Po Box 168088,    Irving, TX 75016
94480976       +E-mail/Text: g17768@att.com May 26 2018 00:57:57      AT&T CORP,   % AT&T Services, Inc.,
                 Karen Cavagnaro, Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
94296196       +E-mail/Text: legal_bankruptcy@badcock.com May 26 2018 00:57:49      Badcock Economy Furn,
                 3051 N. Powerline Rd,    Pompano Beach, FL 33069-1013
94296197       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:02:11      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
94296201       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 26 2018 00:59:52
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
94296205       +E-mail/PDF: creditonebknotifications@resurgent.com May 26 2018 00:55:49      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
94296206       +E-mail/Text: electronicbkydocs@nelnet.net May 26 2018 00:59:09      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
94296209       +E-mail/PDF: pa_dc_ed@navient.com May 26 2018 00:56:38      Dept Of Ed/Navient,
                 Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
94296212       +E-mail/Text: bknotice@ercbpo.com May 26 2018 00:59:13      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
94296220       +E-mail/Text: HWIBankruptcy@hunterwarfield.com May 26 2018 00:59:09      Hunter Warfield,
                 Attention: Bankruptcy,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
94490086        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2018 01:02:00
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
94490738        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2018 00:56:14
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
94296223       +E-mail/Text: M74banko@daimler.com May 26 2018 00:59:57      Mercedes Benz Financia,
                 36455 Corporate Dr,    Farmington Hills, MI 48331-3552
94296224       +E-mail/Text: M74banko@daimler.com May 26 2018 00:59:57      Mercedes-benz Financ,
                 36455 Corporate Dr,    Farmington Hills, MI 48331-3552
94464017       +E-mail/Text: bankruptcydpt@mcmcg.com May 26 2018 00:59:01      Midland Funding, LLC,
                 Midland Credit Management, Inc. as agent,    Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
94372314        E-mail/PDF: pa_dc_ed@navient.com May 26 2018 00:56:39
                 NAVIENT SOLUTIONS, LLC OBO THE DEPT OF EDUCATION,    PO BOX 9635,    WILKES-BARRE, PA 18773-9635
94296225       +E-mail/PDF: pa_dc_claims@navient.com May 26 2018 00:56:11      Navient,   Attn: Claims Dept,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
94296226       +E-mail/PDF: pa_dc_claims@navient.com May 26 2018 00:55:49      Navient,   Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
94374520        E-mail/PDF: pa_dc_claims@navient.com May 26 2018 00:55:49      Navient PC Trust c/o,
                 Navient Solutions, LLC,    PO Box 9640,    Wilkes-Barre, PA 18773-9640
94296228       +E-mail/Text: electronicbkydocs@nelnet.net May 26 2018 00:59:09      Nelnet,
                 Nelnet Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
```

```
District/off: 113C-9          User: youngt              Page 2 of 2              Date Rcvd: May 25, 2018
                              Form ID: CGFD26           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
94296230         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 00:55:47
                   Portfolio Recovery Associates LLC,    PO Box 12914,     Norfolk, VA 23541
94400873         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 00:56:09
                   Portfolio Recovery Associates, LLC,    POB 41067,     Norfolk VA 23541
94337433        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 26 2018 00:59:21       Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
94296231        +E-mail/Text: bankruptcy@pefcu.com May 26 2018 00:59:54       Publix Employees Cr,
                   3005 New Tampa Hwy,    Lakeland, FL 33815-3468
94296232        +E-mail/Text: bankruptcy@pefcu.com May 26 2018 00:59:54       Publix Employees Fed C,
                   3005 New Tampa Hwy,    Lakeland, FL 33815-3468
94296234        +E-mail/Text: collbknotices@sccu.com May 26 2018 00:59:05       Space Coast Credit Uni,
                   8045 N Wickham Rd,    Melbourne, FL 32940-7920
94296237        +E-mail/PDF: gecsedi@recoverycorp.com May 26 2018 00:55:41       Syncb/Lord & Taylor,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94296245          William Hubbard
94296198*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
94296202*        +Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                   Norwood, MA 02062-2679
94296203*        +Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                   Norwood, MA 02062-2679
94296207*        +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,     Lincoln, NE 68501-2505
94296208*        +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,     Lincoln, NE 68501-2505
94296210*        +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
94296211*        +Dept Of Ed/Navient,    Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
94296214*        +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
94296215*        +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
94296216*        +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
94296227*        +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
94296229*        +Nelnet,    Nelnet Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
94296235*        +Space Coast Credit Uni,    8045 N Wickham Rd,    Melbourne, FL 32940-7920
94296244*        +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
94296241*        +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
94296242*        +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
94296238       ##+Tfp International In,    20803 Biscayne Blvd Suite 305,    Aventura, FL 33180-1431
                                                                                    TOTALS: 1, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
          Conwade D. Lewis, Esq.    on behalf of Joint Debtor Marcen  Morris vwlewis@aol.com
          Conwade D. Lewis, Esq.    on behalf of Debtor Shawn  Thompson vwlewis@aol.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                              TOTAL: 4
```

**CGFD26** (10/16/17)



**ORDERED in the Southern District of Florida on May 25, 2018**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 17−23640−EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

| | |
|---|---|
| Shawn Thompson | Marcen Morris |
| 21362 Summertrace Cir | 21362 Summertrace Cir |
| Boca Raton, FL 33428 | Boca Raton, FL 33428 |
| | |
| SSN: xxx−xx−5883 | SSN: xxx−xx−5633 |

### ORDER CONFIRMING CHAPTER 13 PLAN

This cause came before the court on 05/14/2018 for confirmation of the debtor's proposed Third Amended chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

---

[1] All references to "Debtor" shall include and refer to both Debtors in a case filed jointly by two individuals.

*Page 1 of 3*

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following November 10, 2017, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim. The filing of a Motion to Modify a Plan does not operate as a stay of any action against property of the debtor which is not subject to the automatic stay absent further order of the court.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

9. Nonstandard provisions must be set forth in Paragraph VIII of the Plan being confirmed. Nonstandard provisions set forth elsewhere in the Plan are void.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 3 of 3*