# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In Re: Shawn Thompson                          Case Number:17-23640-EPK
      **Marcen Morris**                          Chapter 13

_____Debtor(s)_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW THE DEBTORS, Shawn Thompson and Marcen Morris, by and through the undersigned attorney and states as follows:

1. The Debtors filed for Chapter 13 protection on November 10, 2017.

2. After the confirmation of Debtors' Chapter 13 Plan, the Chapter 13 Trustee filed a Notice of Delinquency stating that the Debtors were late in their Chapter 13 Plan Payments.

3. The Debtors' delinquency was caused by a slowdown in their employment which has been positively resolved.

4. The Debtors wish to modify their plan to comply with the Confirmation Order.

5. Modification of the plan will not adversely affect any creditors. (Proposed plan attached as Exhibit A).

6. That the undersigned has spent a considerable amount of time in the preparation and filing of this instant motion and plan and will be required to attend at least one hearing on the same.

WHEREFORE, the Debtors respectfully prays that this Honourable Court will allow the modification of the Chapter 13 Plan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this motion and the notice of hearing were served by Electronic & US Mail on all interested parties on March 7, 2019.

Respectfully Submitted,


CONWADE D. LEWIS, P.A.
3500 North State Road 7, Suite 440
Lauderdale Lakes, FL 33319
(954)714-1011 tel
(954) 714-1041 fax
vwlewis@aol.com


By: /s/ Conwade D. Lewis
    Conwade D. Lewis, Esq.
    Florida Bar No.: 0968455

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☑ First _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Shawn Thompson          JOINT DEBTOR: Marcen Morris          CASE NO.: 17-23640

SS#: xxx-xx- 5883                              SS#: xxx-xx-5633

## I.   NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☑ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $1,243.94 _____ for months ___1___ to ___16___ ;

2.   $1,190.39 _____ for months ___17___ to ___25___ ;

3.   $3,235.33 _____ for months ___26___ to ___60___ ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE          ☐ PRO BONO

| Total Fees: | $4000.00 | Total Paid: | $1000.00 | Balance Due: | $3000.00 |
|---|---|---|---|---|---|
| Payable | $135.94 | /month (Months | 1 to 16 ) | | |
| Payable | $91.67 | /month (Months | 17 to 25 ) | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Attorney Fees $3500+ Motion to Value Auto $500.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS

**A.   SECURED CLAIMS:** ☑ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**B.   VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☑ NONE

LF-31                                      Page 3 of 5                  *Exhibit 'A'*

Debtor(s): Shawn Thompson, Marcen Morris    Case number: 17-23640

**2. VEHICLES(S):** ☐ NONE

| 1. Creditor: Innovate Loan Serv | Value of Collateral: $12,950.00 | **Payment** |
|---|---|---|
| Address: 2201 Dottie Lynn Pkwy Fort Worth , TX 76120 | Amount of Creditor's Lien: $20,272.00 | Total paid in plan: $16,349.38 |
| Last 4 Digits of Account No.: | Interest Rate: 5.25% | $163.42 /month (Months 1 to 16) |
| VIN: 4041 | | $200.00 /month (Months 17 to 25) |
| Description of Collateral: 2009 Mercedes-Benz | | $340.99 /month (Months 26 to 60) |
| Check one below: ■ Claim incurred 910 days or more pre-petition ☐ Claim incurred less than 910 days pre-petition | | |

**3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

**IV.   TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☐ NONE

| | |
|---|---|
| Name: State of Florida-Dept of Revenue (Bankruptcy) | |
| Payment Address: PO Box 8045 | |
| Total Due: $1,815.50 | |
| Payable $51.87 /month (Months 26 to 60) | |

**B. INTERNAL REVENUE SERVICE:** ■ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE   ☐ CURRENT AND PAID OUTSIDE

| | |
|---|---|
| 1. Name of Creditor: State Of Florida-Child Support Enforcement | |
| Payment Address: FL Dept of Revenue, Bankruptcy PO Box 8045 Tallahassee, FL 32314-8045 | |
| Total Due: $45,018.40 | |
| Payable $144.49 /month (Months 1 to 16) | |
| Payable $125.00 /month (Months 17 to 25) | |
| Payable $1,188.04 /month (Months 26 to 60) | |
| Regular Payment (if applicable) $598.77 /month (Months 1 to 16) | |
| Regular Payment (if applicable) $488.63 /month (Months 17 to 60) | |

LF-31

Debtor(s): Shawn Thompson, Marcen Morris      Case number: 17-23640

2.  Name of Creditor: State of Florida, Child Support Enforcement

Payment Address:  Fl Dept Of Revenue, Bankruptcy
                  PO Box 8045
                  Tallahassee, FL 32314-8045

Total Due:     $30,945.65

Payable     $144.49    /month (Months ___1___ to _16_ )

Payable     $125.00    /month (Months __17__ to _25_ )

Payable     $785.97    /month (Months __26__ to _60_ )

Regular Payment (if applicable)    $0.00    /month (Months _____ to ____ )

**D.  OTHER:** ◼ NONE

## V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS

**A.**  Pay ___$85.17___ /month (Months __26__ to _60_ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.**  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.**  SEPARATELY CLASSIFIED:  ◼ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

◼ NONE

## VII.  INCOME TAX RETURNS AND REFUNDS: ☐ NONE

☐ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

◼ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

## VIII.  NON-STANDARD PLAN PROVISIONS ◼ NONE


### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____        _____
              Debtor          Date                  Joint Debtor          Date
Shawn Thompson                              Marcen Morris


/s/ Conwade D Lewis              03/07/2019
_____    _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

| Modification Ledger | Date: March 05, 2019 |
| --- | --- |

**Debtors(s):** Shawn Thompson & Marcen Morris

Case No.: 17-23640-EPK

| | | | |
| --- | --- | --- | --- |
| Petition Filed: | Fri, Nov 10, 2017 | Attorney Name: | Conwade D. Lewis, Esquire |
| Date Confirmed: | Mon, May 14, 2018 | Atty. Fee in Plan: | $3,000.00 |
| Receipts Less Refunds: | $19,903.04 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $0.00 | Atty. Paid to Date: | $2,175.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
| --- | --- | --- | --- | --- | --- |
| AT&T Corp | U | $824.17 | $41.21 | $0.00 | $0.00 |
| INNOVATE LOAN SERVICING | U | $0.00 | $0.00 | $0.00 | $0.00 |
| INNOVATE LOAN SERVICING | U | $7,322.00 | $366.10 | $0.00 | $0.00 |
| INNOVATE LOAN SERVICING | V | $16,349.38 | $13,734.59 | $2,614.79 | $141.38 |
| Jefferson Capital Systems, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Lvnv Funding, LLC | U | $754.38 | $37.72 | $0.00 | $0.00 |
| Lvnv Funding, LLC | U | $367.25 | $18.36 | $0.00 | $0.00 |
| Midland Funding, LLC | U | $1,364.68 | $68.23 | $0.00 | $0.00 |
| Navient Solutions, Inc. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Navient Solutions, Inc | U | $16,433.16 | $821.67 | $0.00 | $0.00 |
| Navient Solutions, INC | U | $5,217.02 | $260.85 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | U | $3,226.95 | $161.35 | $0.00 | $0.00 |
| Premier Bankcard, LLC | U | $446.12 | $22.31 | $0.00 | $0.00 |
| Rita Fowler | U | $1,063.50 | $53.18 | $0.00 | $0.00 |
| State of Florida - Department of Revenue | T | $1,815.50 | $1,815.50 | $0.00 | $0.00 |
| State of Florida - Department of Revenue | U | $100.00 | $5.00 | $0.00 | $0.00 |
| State of Florida - Department of Revenue | C | $30,945.65 | $28,633.79 | $2,311.86 | $125.00 |
| State of Florida - Department of Revenue | C | $31,080.00 | $21,499.66 | $9,580.34 | $518.00 |
| State of Florida - Department of Revenue | P | $45,018.40 | $42,706.54 | $2,311.86 | $125.00 |
| State of Florida Disb. Unit | I | $0.00 | $0.00 | $0.00 | $0.00 |
| State of Florida-Department of Revenue | N | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. Department of Education | N | $0.00 | $0.00 | $0.00 | $0.00 |
| U.S. Department of Education | U | $111,336.97 | $5,566.85 | $0.00 | $0.00 |

Page 1 of 1