# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

**CASE NO.:  17-23640-BKC-EPK**
PROCEEDING UNDER CHAPTER 13

IN RE:

SHAWN THOMPSON
XXX-XX-5883
MARCEN MORRIS
XXX-XX-5633

DEBTORS_____/

## REPORT OF COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on February 25, 2019, as a result of the Debtors' failure to remain current under the confirmed plan.

2. The Debtors are substantially current under the last filed Notice of Delinquency.

3. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the court for appropriate action.
**RESPECTFULLY SUBMITTED** this 22nd day of April, 2019.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Report Of Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 22nd day of April, 2019.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF COMPLIANCE
CASE NO.:  17-23640-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
SHAWN THOMPSON
MARCEN MORRIS
21362 SUMMERTRACE CIR
BOCA RATON, FL  33428

**ATTORNEY FOR DEBTORS**
CONWADE D. LEWIS, ESQUIRE
3500 N. STATE ROAD 7
SUITE 440
LAUDERDALE LAKES, FL  33319