UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                     CASE NO: 1723640

SHAWN THOMPSON
SSN#: xxx-xx-5883
Borrower#: 1016728964                                                      CHAPTER BK13

Debtor(s)                                                                                 CLAIM#: 8

NOTICE OF CREDITOR ADDRESS CHANGE

The U.S. Department of Education (ED), through its bankruptcy servicing agent Educational Credit Management Corporation (ECMC), and its payment processing servicing agent National Payment Center, request the Clerk of the U.S. Bankruptcy Court, SOUTHERN DISTRICT OF FLORIDA, make note of the changes in ED's addresses:

**PAYMENTS:**

Old:   U.S. Department of Education         New:   **U.S. DEPARTMENT OF EDUCATION**
       National Payment Center                       **NATIONAL PAYMENT CENTER**
       P O Box 105028                                **P O Box 790336**
       Atlanta, GA  30348-5028                       **St. Louis, MO  63179-0336**

**NOTICES:**

Old:   U.S. Department of Education         New:   **U.S. DEPARTMENT OF EDUCATION**
       P O Box 16448                                 **P O Box 16448**
       Saint Paul, MN  55116-0448                    **Saint Paul, MN  55116-0448**

Respectfully submitted this day, May 31, 2019

/s/ Todd Blunt
Bankruptcy Operation Specialist
Bankruptcy Department
PO Box 16448
St. Paul, MN  55116-0448
PH: (800) 363-4562  Fax: (877) 865 9741