UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 17-23640-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

SHAWN THOMPSON
XXX-XX-5883
MARCEN MORRIS
XXX-XX-5633

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to provide the Chapter 13 Trustee with tax returns as required by 11 U.S.C. §1308 and pursuant to the debtors' confirmed Plan;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this  3rd day of August, 2019.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  17-23640-BKC-EPK

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
SHAWN THOMPSON
MARCEN MORRIS
21362 SUMMERTRACE CIR
BOCA RATON, FL  33428

**ATTORNEY FOR DEBTORS**
CONWADE D. LEWIS, ESQUIRE
3500 N. STATE ROAD 7
SUITE 440
LAUDERDALE LAKES, FL  33319

**CREDITOR(S)**
AT&T CORP
C/O AT&T SERVICES, INC KAREN A. CAVAGNARO-LEAD PAR
ONE AT&T WAY, ROOM 3A104
BEDMINISTER, NJ  07921

INNOVATE LOAN SERVICING
4704 MERCANTILE DR
FORT WORTH, TX  76120

JEFFERSON CAPITAL SYSTEMS, LLC
POB 7999
SAINT CLOUD, MN  56302

LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
POB 10587
GREENVILLE, SC  29603-0587

MIDLAND FUNDING, LLC
C/O MIDLAND CREDIT MANAGEMENT, INC
POB 2011
WARREN, MI  48090

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION LOAN SERVICES
POB 9635
WILKES-BARRE, PA  18773-9635

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION SERVICING
POB 740351
ATLANTA, GA  30374-0351

NAVIENT SOLUTIONS, INC.
POB 9000
WILKES BARRE, PA  18773

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

PREMIER BANKCARD, LLC
JEFFERSON CAPITAL SYSTEMS, LLC
POB 772813
CHICAGO, IL  60677

RITA FOWLER
15271 NW 150TH AVE  #3037
ALACHUA, FL  32615

STATE OF FLORIDA - DEPARTMENT OF REVENUE
POB 8045
FL DEPARTMENT OF REVENUE BANKRUPTCY
TALLAHASSEE, FL  32314

STATE OF FLORIDA DISB. UNIT
POB 8500
TALLAHASSEE, FL  32314-8500

STATE OF FLORIDA-DEPARTMENT OF REVENUE
FREDERICK F. RUDZICK, ESQUIRE
POB 6668
TALLAHASSEE, FL  32314-6668

US DEPARTMENT OF EDUCATION
POB 16448
ST. PAUL, MN  55116

MOTION TO DISMISS
CASE NO.:  17-23640-BKC-EPK

US DEPT OF EDUCATION
NATIONAL PAYMENT CENTER
POB 790336
ST. LOUIS, MO  63179