

ORDERED in the Southern District of Florida on September 13, 2019.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

                                            **CASE NO.: 17-23640-BKC-EPK**
                                            PROCEEDING UNDER CHAPTER 13

**IN RE:**

SHAWN THOMPSON
XXX-XX-5883
MARCEN MORRIS
XXX-XX-5633

DEBTORS_____/

## ORDER GRANTING TRUSTEE'S MOTION TO DISMISS

    **THIS CAUSE** came to be heard on the September 9, 2019 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Dismiss ("Motion"), and based on the record, it is

    **ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. This case is dismissed without prejudice.

3. Any funds remaining in the possession of the Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding.  The Trustee is authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement.  If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtors, the Debtors shall forthwith pay directly to the Clerk of the U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2(E).

4. The Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by the Debtors if the refiling violates a prior order of the Court or if the petition is accompanied by an Application to Pay Filing Fees and Administrative Fees in Installments and filing fees remain due from any previous case filed by the Debtors.

5. All pending motions are denied as moot.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
SHAWN THOMPSON
MARCEN MORRIS
21362 SUMMERTRACE CIR
BOCA RATON, FL  33428

**ATTORNEY FOR DEBTORS**
CONWADE D. LEWIS, ESQUIRE
3500 N. STATE ROAD 7
SUITE 440
LAUDERDALE LAKES, FL  33319

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.