**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

                                **CASE NO.: 17-23640-BKC-EPK**
                                PROCEEDING UNDER CHAPTER 13

IN RE:

SHAWN THOMPSON
XXX-XX-5883
MARCEN MORRIS
XXX-XX-5633

DEBTORS_____/

**CERTIFICATE OF SERVICE**

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS DE#66**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 24th day of September, 2019.

                                                  */s/ Robin R. Weiner*
                                                  ROBIN R. WEINER, ESQUIRE
                                                  STANDING CHAPTER 13 TRUSTEE
                                                  P.O. BOX 559007
                                                  FORT LAUDERDALE, FL 33355-9007
                                                  TELEPHONE: 954-382-2001
                                                  FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 17-23640-BKC-EPK

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
SHAWN THOMPSON
MARCEN MORRIS
21362 SUMMERTRACE CIR
BOCA RATON, FL  33428

**ATTORNEY FOR DEBTORS**
CONWADE D. LEWIS, ESQUIRE
3500 N. STATE ROAD 7
SUITE 440
LAUDERDALE LAKES, FL  33319